R. Craig Mayfield, Esq. (FSBN 0429643)
Bradley Arant Boult Cummings, LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809
Telephone: (813) 559-5525
Facsimile: (813) 229-5946
cmayfield@bradley.com
(Lead Counsel)
(*Admitted Pro Hac Vice*)

Matthew C. Addison, Esq. (NSBN 4201)
Sarah Ferguson, Esq. (NSBN 14515)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
maddison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
(Local Counsel)
*Attorneys for Defendant NuVasive, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TUAN TRAN,<br><br>    Plaintiff,<br><br>-vs-<br><br>NUVASIVE, INC., a Delaware Corporation, and DOES I-X, inclusive,<br><br>    Defendants. | CASE NO.: 3:18-cv-00470-HDM-CBC<br><br>ORDER GRANTING<br><br>**JOINT STIPULATON AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiff Tuan Tran ("Tran") and Defendant NuVasive, Inc. ("NuVasive") (collectively, "the Parties"), through their undersigned counsel, respectfully and jointly stipulate to dismissal of this action with prejudice. The Parties additionally state:

1. On May 23, 2019, the Parties filed a joint motion to stay pending binding arbitration, indicating they would attempt to resolve this matter though information settlement discussions and/or mediation. (Doc. No. 30.)

2. The Court granted the joint motion to stay on May 24, 2019. (Doc. No. 31.)

3. During the intervening period, the Parties have agreed to settle this matter and have

entered into a release and settlement agreement.

4. WHEREFORE, the Parties respectfully and jointly stipulate to dismissal of this action *with prejudice*, including all claims stated against all parties, with each party to bear its own attorney's fees and costs.

DATED this 5th day of August, 2019.

By: /s/ R. Craig Mayfield

R. Craig Mayfield, Esq. (FSBN 0429643)
Bradley Arant Boult Cummings, LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809
Telephone: (813) 559-5525
Facsimile: (813) 229-5946
cmayfield@bradley.com
(Lead Counsel)
(*Admitted Pro Hac Vice*)

Matthew C. Addison, Esq. (NSBN 4201)
Sarah Ferguson, Esq. (NSBN 14515)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
maddison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
(Local Counsel)
*Attorneys for Defendant NuVasive, Inc.*

By: /s/ Stephen H. Osborne

Stephen H. Osborne, Esq. (NSBN 4712)
Law Office of Stephen H. Osborne, Ltd
232 Court Street
Reno, NV 89501
Telephone: (775) 789-4944
Facsimile: (775) 322-5484
stephen@stephenosbornelaw.com
*Attorney for Plaintiff Tuan Tran*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 22, 2019

2